# EXHIBIT A

Sergio, Valder-Salas
(your name)
307 S Billings Blud #28
(your street address)
Billings Montana 59101
(city, state, zip code)
(406) 694-4760
(your phone number)
Plaintiff Pro Se

CLERK OF THE
DISTRICT COURT
TERRY HALPIN

2020 AUG 10 12 9 25

FILED

BY_____
DEPUTY

MONTANA ____13+h____ JUDICIAL DISTRICT COURT,
(number of district in which your county is located)
____Yellowstone____ COUNTY
(name of your county)

| | |
|---|---|
| Sergio Valder-Salas, | ) Your Cause No DV 20-1036 |
| | ) |
| Plaintiff, | ) |
| | ) Complaint |
| vs. | ) |
| | ) Jessica T. Fehr |
| Fed Ex (Thane Johnson) | ) |
| | ) |
| Defendant. | ) |

COMES NOW the Plaintiff, _Sergio Valder-Salas_, respectfully states the

following:

1. _Fed Ex (Thane Johnson)  aiding & abetting_

2. _Fed Ex  was  informed  of  the  problems_
_that  occured  during  P.M  shifts_

3. _Fed Ex's  management (Thane Johnson)_

Complaint                                                                 Page 1
December 27, 2010

instigated    discrimination   and   potentially
violated   the   ADA   civil   rights   act.

4. _____

_____

_____

5. _____

_____

_____


THEREFORE the Plaintiff respectfully asks this court to grant the following:

1. Thoroughly investigate   cause & effect
Take   disciplinary   action   towards   participants

_____

2. Seeking   25 million dollars   for pain d
suffering   on   a   discrimination   case

_____

3. _____

_____

_____


Sergio Valder Salas
(Your signature)
Sergio  Valder  Salas
(Print your name)
August 3, 2020
(Date)

Complaint                                          Page 2
December 27, 2010

State of Montana                    )
                                    : ss
County of _Yellowstone_____  )

_Sergio Valdez Salas_, being first duly sworn, upon oath, deposes and says as follows: I am the Plaintiff in the foregoing Complaint. I have read the foregoing Complaint and the facts of the matter contained herein are true, correct and complete to the best of my knowledge and belief.

_Sergio Valdez-Salas_
Plaintiff

Signed and sworn to (or affirmed) before me this __3__ day of __August__, 20_20_.

_____
(Signature of notary)

_____
(Printed name of notary public)

Notary public for the state of_____

Residing at: _____

My commission expires: _____

Name Sergio Valdez Sales
Address 307 S Billings Blvd #28

Phone (406) 694-4762
Petitioner, Pro Se

MONTANA, _____13th_____ JUDICIAL DISTRICT COURT
_____Yellowstone_____ County

Sergio Valdez Sales
                    Petitioner
And

FedEx (Thom Johnson)
                    Respondent

) Cause No. DV 20-1036
) Judge
)           Jessica T. Fehr
)
)           SUMMONS
)
)
)
)

THE STATE OF MONTANA SENDS GREETINGS TO THE ABOVE-NAMED RESPONDENT:

YOU, THE RESPONDENT, ARE HEREBY SUMMONED to answer the Petition in this action which is filed in the office of the above-named Court, a copy of which is herewith served upon you, and to file your answer and serve a copy thereof upon Petitioner's attorney within 21 days after the service of this summons, exclusive of the day of service; and in case of your failure to appear or answer, judgment will be taken against you by default, for the relief demanded in the Petition.

GIVEN under my hand this _____10_____ day of _____August_____, 20_20 at the hour of _____2:30_____ o'clock, _____p_____.m.

TERRY HALPIN
Clerk of the District Court
CLERK OF COURT
By: Ronda M Duncan

Sergio Valdez-Salas
*(your name)*
307 S Billings Blvd #28
*(your street address)*
Billings MT 59101
*(city, state, zip code)*
(406) 694-4762
*(your phone number)*

CLERK OF THE
DISTRICT COURT

FILED

DEPUTY

MONTANA _____13th_____ JUDICIAL DISTRICT COURT,
*(number of district in which your county is located)*
_____Yellowstone_____ COUNTY
*(name of your county)*

Sergio Valdez-Salas                    )     Your Case No. DV 20-1036
                                       )
                                       )
                          Plaintiff,   )
                                       )     AFFIDAVIT      Jessica T. Fehr
            vs.                        )
                                       )
Fed Ex (Thane Johnson)                 )
                                       )
                          Defendant.   )

I, _Sergio Valdez-Salas_ swear (or affirm) under oath that: Fed Ex's (Thane Johnson)
    *(print your name)*
management knowingly instigated the participation
of discriminating and violating the civil
rights act of (ADA Act)

_____

_____

_____

_____

_____

_____

Affidavit                                                    Page 1
Approved by Montana Supreme Court Commission on Self-Represented Litigants, 05/18/05

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DATED this __3__ day of ___August___, __2020__
           *(date)*          *(month)*        *(year)*

*(Your signature)*

State of __Montana__
County of __Yellowstone__

    SIGNED AND SWORN (OR AFFIRMED) to before me on __August 3rd__, 20__20__

by __Sergio Valdez Salas__.

Notary Public for the State of _____
Printed name of notary _____
Title or rank: _____
Residing at _____
My Commission Expires: _____

Affidavit                                                 Page 2
Approved by Montana Supreme Court Commission on Self-Represented Litigants, 05/18/05

## SHERIFF'S RETURN OF SERVICE

**SERGIO SALAS**

             **Plaintiff,**

**vs**

**FEDEX FREIGHT**

             **Defendant.**

CLERK OF THE
DISTRICT COURT Case Number: DV 20 1036
TERRY HALPIN

**Court Name: Yellowstone County District**

2020 AUG 13  P  3: 49 rt 13th Judicial District

FILED     **County: YELLOWSTONE**

BY_____State: **MONTANA**
      DEPUTY

STATE OF MONTANA      )
County of Yellowstone     )                    Office of the Sheriff

     I HEREBY CERTIFY that I received the annexed SUMMONS, COMPLAINT AND AFFIDAVIT on August 10, 2020 and personally served the same on the August 11, 2020 at 16:04 hours upon FEDEX FREIGHT by delivering to and leaving with THANE JOHNSON personally at **1148 1ST AVE N   BILLINGS, MT,** in the County of Yellowstone, State of Montana, a copy of said SUMMONS, COMPLAINT AND AFFIDAVIT.

     DATED ON AUGUST 11, 2020

                      Mike Linder
                      Yellowstone County Sheriff

                      BY:

                      Richard Hurlocker Civil Officer 3295
                      PO BOX 35018
                      Billings, Montana 59107

Sheriff Number: 20002062
Sheriff Fee: $75.00

Sergio Valdez Solo
Your name
Po Box 22722
Your mailing address
Billings MT 59102
City        State        Zip
(406) 6ay 4762
Your phone number

CLERK OF THE
DISTRICT COURT
TERRY HALPIN

2020 AUG 18 P 5:04

FILED

BY _____
DEPUTY    4

## Montana Thirteenth Judicial District Court

## Yellowstone County

Sergio Valdez Solo
Plaintiff

vs

Fed Ex (Than John)
Defendant

Cause No. DV 20 - 1036

Jessica T. Fehr

# NOTICE to Court of Change of Address

On 18 day of August , 2020 ,
(date)      (month)             (year)

Sergio Valdez Solo (Name) is now residing at

Po Box 22722

Billings MT 59107

I, Sergio Valdez Solo , swear (or affirm) under oath that:
I served a copy of the attached Notice of Filing upon

Fed Ex
(name of the opposing party)

1

on _18_ day of _August_ _____, _2020_, by
(date)      (month)                      (year)

☐  mailing a true and correct copy with postage prepaid and addressed as follows:

_Fed Ex_ _____
(opposing party's name or name of opposing party's attorney, if he/she has one)

_1901 Terminal Cir_ _____
(opposing party's mailing address or mailing address of his/her attorney)

_Billings MT_ _____
(city, state, zip code)

DATED this _18_ day of _August_ _____, _2020_
(date)      (month)                      (year)

_Sergio Valdez Solos_
(Your signature)

State of _Montana_
County of _Yellowstone_

SIGNED AND SWORN (OR AFFIRMED) to before me on _18 August_,
20_20_.

by _Sergio Valdez Solos_

Subscribed and sworn to before me this

_18_ day of _Aug_, A.D. 20_20_
Terry Halpin, Clerk of District Court

_____
Deputy Clerk for the State of Montana
Yellowstone County
Commission Expires December 31, 2020

Notary Public for the State _____

Printed name of notary
_____ Title or rank:
_____
Residing at _____
My Commission Expires:_____

2